

[Cite as *05/23/2003 Case Announcements,* 2003-Ohio-2666.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*May 23, 2003*

### MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0342.   State ex rel. Shandrow v. Roper Corp.**
Franklin App. No. 02AP–342, 2003-Ohio-1516.